

U.S. BANKRUPTCY COURT  
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK  
THE DATE OF ENTRY IS  
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2013**

**United States Bankruptcy Judge**

_____

MTDZ 0013.000750I

**IN THE UNITED STATES BANKRUPTCY COURT**  
**NORTHERN DISTRICT OF TEXAS**  
**WICHITA FALLS DIVISION**

IN RE:  
**FRANCES GRIEGO**   CASE NO: 12-70024-HDH-13  
　　　　　　　　　　DATED: July 5, 2013  
　　　　　　　　　　HEARING DATE: March 13, 2013
_____

**ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER**
_____

　　　Pursuant to the Interlocutory Order entered on MARCH 19, 2013 providing that, if the above Debtor(s) does/do not BEGIN ADDITIONAL PAYMENTS OF $364.50 AND RESUME REGULAR PAYMENTS APRIL 19, 2013, the case would be Dismissed without further notice to the Debtor(s). Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

　　　It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

　　　It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

　/s/  Walter O'Cheskey　　　　　  
Walter O'Cheskey, Chapter 13 Trustee  
6308 Iola Ave., Suite 100,  
Lubbock TX 79424